1  **Debra H. Lewis, SBN 108466**
   **dlewis.esq@sbcglobal.net**
2  **LAW OFFICE OF DEBRA H. LEWIS, APC**
   **1815 Amalfi Drive**
3  **Encinitas, California 92024**
   **Telephone 760-436-3420**
4  **Facsimile   760-454-4641**

5  **Attorneys for Defendant iSold It, LLC**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION   *E-FILED - 10/21/05*

| | |
|---|---|
| PICTURE IT SOLD!, INC. a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> iSOLD IT, LLC, a California limited liability company; and DOES 1 through DOE 30, inclusive. <br><br> Defendants. | Case No.: C 05 2598 RMW <br><br> **DEFENDANT iSOLD IT, LLC's REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND HAVE NEW COUNSEL APPEAR IN ADDITION AND ORDER THEREON** |

By filing this request and service on Plaintiff's counsel, Defendant iSold It, LLC, a California limited liability company ("iSold It) hereby notifies opposing counsel and requests that the Court allow Defendant iSold It's legal counsel to appear telephonically at the Case Management Conference scheduled for October 21, 2005 in Courtroom 6 at 10:30 a.m. Counsel is located in Encinitas, County of San Diego, California and appearing in person would represent a financial burden to Defendant iSold It.

---

Defendant iSold It, LLC's Request for Telephonic Appearance
*Picture It SOLD, Inc. v. iSold It, LLC et al.*
Law Office of Debra H. Lewis, APC                                                    1

1  Further, Richard Johnson, Esq. of the law firm Ladas and Parry, located in Los Angeles
2  County, California, will be substituting in as counsel for Defendant iSold It in place of the Law
3  Office of Debra H. Lewis, APC as soon as Mr. Johnson is admitted before this Court. For that
4  reason, Defendant iSold It requests that Mr. Johnson be allowed to participate in the ADR
5  Telephone Conference scheduled for October 19, 2005 at 1:30 p.m. as well as participate on
6  October 21, 2005 in the Case Management Conference, both by telephone.

8  Dated: October 14, 2005                    LAW OFFICE OF DEBRA H. LEWIS, APC.

11                                            BY:_____
                                                   DEBRA H. LEWIS, ESQ.
12                                                 Attorney for Defendant iSold It, LLC.

14  The Court hereby rules that Defendant iSold It's legal counsel, Debra H. Lewis, may
15  appear telephonically at the Case Management Conference scheduled for October 21, 2005 at
16  10:30 a.m in Courtroom 6. The Court further rules that Mr. Richard Johnson of the Law Firm of
17  Ladas and Parry may participate in the ADR Telephone Conference scheduled for 1:30 p.m. on
18  October 19, 2005 and at the Case Management Conference scheduled for October 28, 2005 at
    10:30 a.m.in Courtroom 6.   The Court will initate the conference call between 10:30 a.m. to
19  12:30 p.m. on 10/28/05.  (jg)
20  IT IS SO ORDERED.

22  Dated: 10/21/05                           /s/ Ronald M. Whyte
                                              _____
                                              Judge of the United States District Court

27  Defendant iSold It, LLC's Request for Telephonic Appearance
    *Picture It SOLD, Inc. v. iSold It, LLC et al.*
28  Law Office of Debra H. Lewis, APC                                    2