Richard M. Johnson (Calif. Bar No. 200207)
LADAS & PARRY LLP
5670 Wilshire Boulevard, Suite 2100
Los Angeles, California 90036-5679
Telephone (323) 934-2300
Fax (323) 934-0202
rjohnson@ladas.com

Attorneys For Defendant
iSold It, LLC

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/2/05*

| | |
|---|---|
| PICTURE IT SOLD!, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iSOLD IT, LLC, a California limited liability company; and DOE 1 through DOE 30, inclusive,<br><br>Defendants. | CASE NO.: C 05-02598 RMW<br><br>DEFENDANT iSOLD IT, LLC'S REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY AND SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER<br><br>**Case Management Conference**<br>DATE: November 4, 2005<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 6, Fourth Floor<br>JUDGE: Hon. Ronald M. Whyte |

TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES HEREIN, AND TO THEIR ATTORNEYS OF RECORD:

Defendant iSold It, LLC, a California limited liability company ("iSold It") hereby requests the Court to approve the withdrawal of its attorney of record, Debra H. Lewis of the Law Office of

---

Defendant iSold It, LLC's Request for Approval of Withdrawal of Attorney and
Substitution of Attorney and Proposed Order Thereon – C 05-02598 RMW
*Picture It SOLD!, Inc v. iSold It, LLC, et al.*
Ladas & Parry LLP

1

Debra H. Lewis, APC, located at 1815 Amalfi Drive, Encinitas, California 92024, and to approve the substitution of Richard M. Johnson of LADAS & PARRY LLP, located at 5670 Wilshire Boulevard, Suite 2100, Los Angeles, California 90036-5679, as the new attorney of record in place and stead.

Mr. Johnson is duly admitted to practice in this District pursuant to Local Rule 11-2.

Date: 10-27-05

Signature of Party/Authorized Representative of Party
Ken Sully, President
iSold It, LLC

Date: 10/31/05

Signature of Present Attorney
Debra H. Lewis
LAW OFFICE OF DEBRA H. LEWIS, APC

Date: 10/31/05

Signature of New Attorney
Richard M. Johnson
LADAS & PARRY LLP

## [PROPOSED] ORDER

The Court hereby orders that the request of Defendant iSold It, LLC to approve the withdrawal of its attorney of record, Debra H. Lewis from the Law Office of Debra H. Lewis, APC, and to approve the substitution of Richard M. Johnson from Ladas & Parry LLP as its new attorney of record in place and stead is hereby GRANTED.

Date: 11/2/05    /s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Court Judge

Defendant iSold It, LLC's Request for Approval of Withdrawal of Attorney and Substitution of Attorney and Proposed Order Thereon – C 05-02598 RMW
*Picture It SOLD!, Inc v. iSold It, LLC, et al.*
Ladas & Parry LLP

2