FARBER & COMPANY ATTORNEYS, LLP
Eric J. Farber, SBN 169472
eric@farberandco.com
Ann McFarland Draper, SBN 065669
ann.draper@farberandco.com
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone 415.434.5320
Facsimile 415.434.5380

Attorneys for Plaintiff Picture It SOLD!, Inc.

THE DAVIS LAW FIRM, APC
Timothy C. Davis, SBN 60936
tdavis@sfdavislaw.com
Damien P. Lillis, SBN 191258
dlillis@sfdavislaw.com
625 Market Street, 12th Floor
San Francisco, California 94105
Telephone: (415) 278-1400
Facsimile: (415) 278-1401

Attorneys for Defendant iSold It, LLC

*E-FILED - 1/18/07*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PICTURE IT SOLD!, INC., a California corporation,<br><br>                    Plaintiff,<br>          vs.<br><br>iSOLD IT, LLC., a California limited liability company; and DOE 1 through DOE 30, inclusive.<br><br>                    Defendants. | Case No.:  **C-05-2598 RMW - RS**<br><br>**STIPULATED REQUEST OF PARTIES TO CONTINUE CASE MANAGEMENT DATES INCLUDING TRIAL; AND, ORDER**<br><br>          <u>**No Hearing Set**</u><br><br>**TRIAL:   May 7, 2007**<br>**JUDGE:  Hon. Ronald M. Whyte** |

## REQUEST FOR CONTINUANCE

The Parties, by and through undersigned Counsel, hereby request this Honorable Court to extend all dates, including the date for discovery cut-off and trial in this matter by no less than sixty (60) days.

1    Plaintiffs counsel has made such request to Defendants Counsel, based on the reasons stated

2    below, and Defendants Counsel has graciously stipulated to the request.

3    This is a fairly complex case involving novel issues in Unfair Competition and Trademark

4    Infringement.  Non-expert discovery cutoff is set for February 27, 2007 and trial is set for May 7,

5    2007.  However, Plaintiffs' Counsel Farber and Company is a small law firm and is currently being

6    taxed with some staffing issues.  The Managing Partner, Eric Farber's father was just diagnosed with

7    terminal cancer and he has been traveling back and forth to Phoenix, Arizona on a regular basis to

8    assist his father and family.  His availability to manage the practice and case load has been significantly

9    hindered.  Secondly, the lead counsel for Farber and Company, Ann Draper has fallen ill with a lung

10   disorder, simply known as Restrictive Airway Disease and is being treated for the disease and has

11   restricted work availability over the next three months.

12   By this Request we ask the Court to continue all dates in this matter for a period of sixty days.

13   The Parties hereby request a Case Management Conference to review such dates with the Court.

14

15   DATED:  January 8, 2007                    FARBER & COMPANY ATTORNEYS, LLP

16

17                                              By_____/s/_____

18                                                  Eric J. Farber
                                               Attorneys for Plaintiff Picture It SOLD!, Inc.

19

20   DATED:  January 8, 2007                    FARBER & COMPANY ATTORNEYS, LLP

21

22                                              By_____/s/_____

23                                                  Ann McFarland Draper
                                               Attorneys for Plaintiff Picture It SOLD!, Inc.

24

25

26

27

28

1

2  DATED:  January 8, 2007                THE DAVIS LAW FIRM

3

4                                          By  _____/s/_____

5                                              Damien Lillis
                                            Attorneys for Defendant iSOLD It, LLC
6

7

8                                    **ORDER**

9          THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THIS

10  COURT ORDERS:

11         That all dates currently set for this matter are vacated and the Court shall set a Case

12  Management Conference to discuss the resetting of all dates before this court.  The Court sets a

    Case Management Conference for January 26, 2007 @ 10:30 a.m.  Parties shall file a Joint
13                                                        Status Report by January 22, 2007.

14         **IT** **IS** **SO** **ORDERED**.

15

16  DATED:  _1/18/07_____

17  _Ronald M. Whyte_____

18  The Honorable Judge Ronald M. Whyte
    Judge of the United States District Court

19

20

21

22

23

24

25

26

27

28

I declare that:

I am employed in the County of San Francisco in the offices of the attorneys at whose request this service is being made.  I am over eighteen years of age and not a party to the within action, my business address is 847 Sansome Street, Lower Level, San Francisco, California 94111.

On January 8, 2007 I served true and correct copies of this document on all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices on the above date:

Damien P. Lillis
THE DAVIS LAW FIRM, APC
625 Market Street, 12th Floor
San Francisco, California 94105
dlillis@sfdavislaw.com

_____XX_____ (BY REGULAR _____ PRIORITY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco.

_____ (BY CERTIFIED MAIL, RETURNED RECEIPT REQUESTED) I caused such envelope(s) with postage thereon fully prepaid and fees paid for certified mail and return of the attached receipt to be placed in the U.S. Mail at San Francisco.

_____ (BY FEDERAL _____ AIRBONE EXPRESS) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____ (BY PERSONAL DELIVERY) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____XX_____ (BY ELECTRONIC MAIL) I caused such copies to be sent with same day service.

I declare under the penalty of perjury under the laws of the State of California the above is true and correct.

Dated: January 8, 2007                    _____/s/_____
At San Francisco, California              James D. Ball